SAMPSON & ASSOCIATES
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
(619)557-9420 / Fax (619)557-9425
bsampson@sampsonlaw.net

Attorneys for Plaintiff
PAULA INSURANCE COMPANY, IN LIQUIDATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA INSURANCE COMPANY, IN LIQUIDATION<br><br>Plaintiff,<br><br>v.<br><br>GREAT NORTHERN STAFFING, INC.; and GREAT NORTHERN STAFFING, L.L.C. aka GREAT NORTHERN STAFFING,<br><br>Defendants. | Case No. C 04 1974 BZ<br><br>[~~PROPOSED~~] ORDER GRANTING TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE<br><br>Date: November 7, 2005<br>Time: 4:00 p.m.<br>Ctrm: G, 15th Floor<br>Judge: Hon. Bernard Zimmerman |

The request of Mary L. Fickel, of Sampson & Associates, attorney for Plaintiff Paula Insurance Company, In Liquidation, to appear telephonically at the case management conference, set for November 7, 2005 at 4:00 p.m. came before this Court.

IT IS HEREBY ORDERED that Mary L. Fickel, of Sampson & Associates, attorney for Plaintiff Paula Insurance Company, In Liquidation to appear telephonically at the case management conference, set for November 7, 2005 at 4:00 p.m. is granted. *Counsel should call the court at 4 pm*

IT IS SO ORDERED.

*11/4/2005*

*[signature]*
UNITED STATES MAGISTRATE JUDGE

1

CASE NO. C 04-1974 BZ ARB
[Proposed] Order Granting Telephonic Appearance

C:\Documents and Settings\usdc\Local Settings\Temp\notes56FD74\ORDER CMC TEL APPEAR.wpd